MIE 800 Generic Notice of Hearing (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff(s),

                                                    CASE NUMBER: 11-20066-8 & 11-20129-14

v.                                                  HONORABLE ROBERT H. CLELAND

MICHAEL RICH ,
                    Defendant(s).
_____/

## NOTICE OF:
## STATUS CONFERENCE RE; BOND

You are hereby notified to appear before the Honorable Robert H. Cleland, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 712 |
|------|------|----------|
| OCTOBER 23, 2012 | 2:30 PM | Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, Michigan 48226 |

**DEFENDANT MUST APPEAR**

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon ALL COUNSEL OF RECORD on this date October 10, 2012 by electronic and/or ordinary mail

Date: _____10/10/2012_____          s/ Lisa Wagner_____
                                                  Deputy Clerk      313-234-5522