UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 11-cr-20066-8 &
    11-cr-20129-14
    Hon.: Robert H. Cleland

MICHAEL RICH,

    Defendant.

_____/

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

Upon reading and filing of the Motion for Non-Custodial Travel Expenses, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the U.S. Marshall furnish Defendant, Michael Rich, with one-way, non-custodial transportation from Anniston, Alabama to Detroit, Michigan, for purposes of satisfying his mandated appearance on **October 23, 2012 at 2:30 p.m.**

                s/Robert H. Cleland
                ROBERT H. CLELAND
                United States District Judge